MCC4785  
MARC C. CAPONE, ESQ.  
CAPONE & KEEFE, P.C.  
60 HIGHWAY 71, UNIT 2  
SPRING LAKE HEIGHTS, NJ 07762  
(732) 528-1166  
ATTORNEYS FOR DEBTOR



**Order Filed on May 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Chapter 13 |
| Raymond & Domini Allender | Case No.: 12-22175 (CMG) |
| | Hearing Date: |

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 17, 2017**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Raymond & Domini Allender
Case No.:    12-22175 (CMG)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$500.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

    ___      $_____through the Chapter 13 plan as an administrative priority; and

     **X**     **$500.00** outside the plan.

The Debtor's monthly plan payment is modified to require a payment of: