MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on May 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                                          Chapter 13

Raymond & Domini Allender                      Case No.: 12-22175 (CMG)

                                                                Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 17, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Raymond & Domini Allender
Case No.:    12-22175 (CMG)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$500.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

___     **$_____** through the Chapter 13 plan as an administrative priority; and

**X**     **$500.00** outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

United States Bankruptcy Court
District of New Jersey

In re:
Raymond C Allender
Domini A Allender
    Debtors

Case No. 12-22175-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 17, 2017
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2017.
db/jdb         Raymond C Allender,    Domini A Allender,    644 Buenaventura Ct,    Toms River, NJ   08753-3487

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2017 at the address(es) listed below:
             Albert   Russo     docs@russotrustee.com
             Albert   Russo  (NA)     on behalf of Trustee Albert  Russo docs@russotrustee.com
             Brian E Caine     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS
              TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-02,
              MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02 bcaine@parkermccay.com,
              BKcourtnotices@parkermccay.com
             Denise E. Carlon     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
              AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-02,
              MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02 dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             John M. Sommers     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS
              TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-02,
              MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02 JMSommers@KTLBSLAW.com,  ktlbslaw@aol.com
             John R. Morton, Jr.     on behalf of Creditor    Thrift Investment Corporation
              mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
             Joshua I. Goldman     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
              AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-02,
              MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02 jgoldman@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Marc C. Capone     on behalf of Joint Debtor Domini A Allender mcapone@caponeandkeefe.com,
              docs@caponeandkeefe.com
             Marc C. Capone     on behalf of Debtor Raymond C Allender mcapone@caponeandkeefe.com,
              docs@caponeandkeefe.com
                                                                                                        TOTAL: 9