Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                       Case No.: 12−22175−CMG
                       Chapter: 13
                       Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Raymond C Allender | Domini A Allender |
| 644 Buenaventura Ct | 644 Buenaventura Ct |
| Toms River, NJ 08753−3487 | Toms River, NJ 08753−3487 |

Social Security No.:
   xxx−xx−0079                                                       xxx−xx−3857

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 26, 2017</u>                  <u>Christine M. Gravelle</u>
                                                      Judge, United States Bankruptcy Court