| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys For Secured Creditor<br>Sindi Mncina (237862017) | Case No.: 12-22175-CMG<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle |
| **In Re:**<br><br>Raymond C Allender,<br><br>   and,<br><br>Domini A Allender,<br><br>   Debtors. | |

*Order Filed on July 1, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey*

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 1, 2019**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

**Page 2**

Debtors: Raymond C Allender and Domini A Allender
Case No.: 12-22175-CMG
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on May 30, 2012, as Claim 5-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.