| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys For Secured Creditor<br>Sindi Mncina (237862017) | Case No.: 12-22175-CMG<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle |
| **In Re:**<br><br>Raymond C Allender,<br><br>   and,<br><br>Domini A Allender,<br><br>   Debtors. | |

Order Filed on July 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 1, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

Debtors: Raymond C Allender and Domini A Allender
Case No.: 12-22175-CMG
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on May 30, 2012, as Claim 5-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond C Allender  
Domini A Allender  
    Debtors

Case No. 12-22175-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 01, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.  
db/jdb         Raymond C Allender,    Domini A Allender,    644 Buenaventura Ct,    Toms River, NJ   08753-3487

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:

          Albert   Russo     docs@russotrustee.com  
          Albert   Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Brian E Caine     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-02, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
          Denise E. Carlon     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-02, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          John M. Sommers     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-02, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02 JMSommers@KTLBSLAW.com, ktlbslaw@aol.com  
          John R. Morton, Jr.     on behalf of Creditor     Thrift Investment Corporation ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
          Joshua I. Goldman     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-02, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marc C Capone     on behalf of Joint Debtor Domini A Allender mcapone@caponeandkeefe.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
          Marc C Capone     on behalf of Debtor Raymond C Allender mcapone@caponeandkeefe.com, docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
          Sindi   Mncina     on behalf of Creditor     PNC BANK, N.A. smncina@rascrane.com  
                                                                                                                                                     TOTAL: 10